# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIM YORN,<br><br>          Plaintiff,<br><br>     v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:11-CV-00702-DLB PC<br><br>ORDER STRIKING COMPLAINT AS UNSIGNED (DOC. 1)<br><br>RESPONSE DUE WITHIN TEN DAYS |

Plaintiff Yim Yorn is a federal prisoner proceeding pro se in this civil rights action. On May 2, 2011, Plaintiff filed a civil rights complaint with this Court. The complaint was unsigned.

The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's complaint is STRICKEN as unsigned. The Clerk of the Court is directed to return Plaintiff's complaint to Plaintiff.. Plaintiff will be granted ten (10) days from the date of service of this order in which to file a signed, amended complaint. Failure to do so in a timely manner will result in dismissal of this action.[1]

IT IS SO ORDERED.

    Dated:   July 6, 2011                    /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court suspects that Yim Yorn is not the true Plaintiff in this action. The Bureau of Prisons's inmate locator indicates that Yim Yorn is no longer incarcerated as of January 11, 2010. It is unclear how Yim Yorn could have filed this action while in federal custody.

1